UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEEHONESTEE MURLENE HARTWELL,

Plaintiff,

v.

MERCEDES-BENZ FINANCIAL SERVICES,

Defendant.

Case No. 26-12496
Honorable Laurie J. Michelson

**ORDER SUMMARILY DISMISSING COMPLAINT [1]**

On July 21, 2026, Teehonestee Murlene Hartwell filed this lawsuit alleging a "violation of trust security agreement." (ECF No. 1, PageID.4.) The next day, the Clerk's office issued a notice of filing fee not paid, advising Hartwell of a filing fee deficiency in her case and instructing her to correct it by either paying the initial filing fee or submitting an application to proceed without prepaying fees or costs. (ECF No. 3.) The notice further warned that if Hartwell failed to do either within 14 days from the date of that notice, her case may be dismissed. (*Id.*)

Hartwell's time to correct the filing fee deficiency has now expired, but she has failed to pay the fee or submit an application to proceed without prepaying the fee. Accordingly, Hartwell's complaint is DISMISSED WITHOUT PREJUDICE for want of prosecution. *See* Fed. R. Civ. P. 41(b); *see also Erby v. Kula*, 113 F. App'x. 74, 75–76 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

SO ORDERED.

Dated: August 12, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE